# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

HAROLD PARKER

**FILED**
ASHEVILLE, N. C.

FEB 13 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:05cr216-03

Zeyland McKinney
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) TWO
- _  pleaded guilty to violation(s)
- _  pleaded not guilty to count(s)
- _  pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.8(a) | Possess and transport an American black bear into and within the State of North Carolina that had been unlawfully killed in the State of Georgia | 11/20/04 | TWO |

- X  Counts(s) ONE (is)(are) dismissed on the motion of the United States.
- _  Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- _  Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant pay a fine in the amount of $2,000 and $10 assessment. The defendant is to make restitution in the amount of $500 but is jointly and severally liable with co-defendants for the TOTAL amount of $1,500 restitution. Fine, assessment and restitution due within 20 days of said judgment.

The defendant shall comply with the following SPECIAL CONDITIONS:
1. Surrender hunting license to the North Carolina Wildlife Commission;
2. DO NOT hunt in the state of North Carolina to include any state, federal, or private lands for ONE (1) YEAR beginning February 10, 2006;
3. DO NOT hunt on any federal lands anywhere in the United States for a period of ONE (1) YEAR;

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: February 10, 2006

_____
Signature of Judicial Officer

Date: 13 Feby, 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal